c/m

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x

UNITED STATES OF AMERICA,

VS.

SHIRLEY RANGOLAN,

Defendant.
----------------------------------------------------------x

JUDGMENT OF ACQUITTAL

MISC 03-00011-01 [LDW]

Defendant was convicted of criminal contempt under 18 U.S.C. § 401(1) arising from her contact with a juror in the courthouse cafeteria during a federal civil trial in which she and her husband were plaintiffs.

On appeal, the Second Circuit reversed the judgment and remanded the case with instructions to enter a judgment of acquittal.

IT IS ORDERED that Judgment of Acquittal is hereby entered and defendant's conviction is vacated.

IT IS FURTHER ORDERED that the Clerk of Court is directed to return to defendant the sum of $1,000.00, representing the amount of the fine paid by defendant pursuant to the judgment.

Dated: Central Islip, New York
May 10, 2007

LEONARD D. WEXLER
UNITED STATES DISTRICT JUDGE